IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT DAVIS, #175 321, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION #: 2:16-cv-8-GMB |
| | ) | [WO] |
| MONTGY. COUNTY DETENTION | ) | |
| FACILITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

In accordance with the Order of this court entered on today's date, Final Judgment is entered in favor of Defendants and against Plaintiff, and this action is DISMISSED without prejudice. Costs are taxed as paid.

The Clerk of Court is DIRECTED to enter this judgment as a final judgment on the docket sheet and to close the file.

DONE this 5th day of March, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE